**Dismissed and Memorandum Opinion filed September 19, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00532-CV

## DARNELL  JOSEPH, Appellant

## V.

## ALTMAN SPECIALTY PLANTS, LLC, Appellee

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2021-74539**

## MEMORANDUM  OPINION

Appellant filed a notice of appeal on July 22, 2024 indicating that appellant was attempting to appeal a June 24, 2024 order denying appellant's motion for reconsideration. An order denying a motion for reconsideration or motion for new trial is not independently appealable. *See Digges v. Knowledge Alliance, Inc.*, 176 S.W.3d 463, 464 (Tex. App.—Houston [1st Dist.] 2004, no pet.). The final appealable judgment in this case is the trial court's order granting summary judgment signed September 20, 2023. Appellant filed an untimely motion for

reconsideration on October 23, 2023, which was denied June 24, 2024. Appellant's notice of appeal was filed July 22, 2024.

The notice of appeal must be filed within 30 days after the judgment is signed when appellant has not filed a timely post-judgment motion. *See* Tex. R. App. P. 26.1. Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On August 27, 2024, this court transmitted notification to all parties that the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction to entertain the appeal.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.